UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| A.D.V., a Minor, by<br>Edward F. Voelker, Jr., Guardian<br><br>Plaintiff,<br><br>v.<br><br>WEST ASSET MANAGEMENT, INC.<br><br>Defendant. | Civil Case No.: 2:11-cv-01656-GLL |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, A.D.V., a Minor, by Edward F. Voelker, Jr., Guardian ("Plaintiff"), and Defendant, West Asset Management, Inc. ("West"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against West with each side to bear its own fees and costs.

Dated this 24th day of February, 2012.

/s/ Clayton S. Morrow
Clayton S. Morrow
Morrow & Kross, PC
304 Ross Street, 7th Floor
Pittsburgh, PA  15219
Telephone: (412) 281-1250
Facsimile: (412) 209-0658

Attorney for Plaintiff

/s/ Ross S. Enders
Ross S. Enders, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ  08822-5736
Telephone: (908) 751-5941
Facsimile: (908) 751-5944

Attorney for Defendant,
West Asset Management, Inc.

SO ORDERED, this 27 day of February, 2012.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge